## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

OCTAVIOUS HODGES,                    )
                                     )
                Petitioner,          )
                                     )
vs.                                  )          Case No. CIV-13-249-M
                                     )
JUSTIN JONES, DIRECTOR OF            )
OKLAHOMA DEPARTMENT OF               )
CORRECTIONS,                         )
                                     )
                Respondent.          )

## ORDER

On August 28, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action.  The Magistrate Judge recommends that the petition for a writ of habeas corpus be DISMISSED upon filing as time-barred.  The parties were advised of their right to object to the Report and Recommendation by September 16, 2013.  No objection has been filed.

Upon de novo review of this matter, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 28, 2013; and

(2)     DISMISSES Petitioner's Petition for a Writ of Habeas Corpus [docket no. 1] upon filing as time-barred.

**IT IS SO ORDERED this 2nd day of October, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE